**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6360**

_____

KEVIN SNODGRASS, JR.,

Plaintiff - Appellant,

v.

S.L. MESSER; M.L. COUNTS, Inmate Hearing Officer at ROSP; C. BISHOP, C/O at ROSP; E.R. BARKSDALE, Warden at ROSP; J. BENTLEY, Investigator at ROSP; JOE FANNIN, Lieutenant at ROSP; TORI RAIFORD, Unit Manager at ROSP; GARRY A. ADAMS, Lieutenant at ROSP; HAROLD CLARK, Director of VA. DOC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Elizabeth Kay Dillon, District Judge. (7:16-cv-00050-EKD-RSB)

_____

Submitted: July 27, 2017                           Decided: August 1, 2017

_____

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Snodgrass, Jr., Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Snodgrass, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Snodgrass v. Messer*, No. 7:16-cv-00050-EKD-RSB (W.D. Va. Mar. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*